UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

03/26/2015

IN RE:

D. JARED HILLEGASS
8870 GLADES PIKE
BERLIN, PA 15530
XXX-XX-3146          Debtor(s)

Case No.11-71157

Chapter 12

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

RONDA WINNECOUR
OFFICE OF THE CHAPTER 12 TRUSTEE WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
(412)471-5566

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 12 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

NOTE: Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan). To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site.

SEE NEXT PAGE FOR CLAIMS

| NAME AND ADDRESS OF CRED | AMOUNT | CLASSIFICATION | % TO PAY |
|---|---|---|---|
| D. JARED HILLEGASS<br>8870 GLADES PIKE<br>BERLIN, PA  15530 | $0.00<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 0 | DEBTOR REFUND<br><br>ACCT: | 0.00 |
| FIRST NATIONAL BANK OF PA<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | $0.00<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 1 | VEHICLE<br><br>ACCT: **7375:06 CHEVY EQ** | 100.00 |
| FIRST PEOPLES COMM FCU<br>153 BALTIMORE ST<br>CUMBERLAND, MD  21502 | $9,244.81<br>Monthly Payment:<br>$608.30<br>CLAIM NO: 2 | SECURED CREDITOR<br><br>ACCT: **6030** | 100.00 |
| FIRST PEOPLES COMM FCU<br>153 BALTIMORE ST<br>CUMBERLAND, MD  21502 | $4,724.97<br>Monthly Payment:<br>$299.62<br>CLAIM NO: 3 | SECURED CREDITOR<br><br>ACCT: **6030** | 100.00 |
| JOHN DEERE CREDIT<br>23176 NETWORK PL<br>CHICAGO, IL  60673-1231 | $42,331.86<br>Monthly Payment:<br>$1231.06<br>CLAIM NO: 4 | SECURED CREDITOR<br><br>ACCT: **TRACTORS, SPRAYE** | 100.00 |
| MTD POWERCARD/GECCCC/GEMB<br>POB 981439<br>EL PASO, TX  79998 | $2,853.00<br>Monthly Payment:<br>$79.25<br>CLAIM NO: 5 | SECURED CREDITOR<br><br>ACCT: **1715** | 100.00 |
| WESTERN EQUIPMENT FINANCE INC<br>POB 640<br>DEVILS LAKE, ND  58301 | $4,779.22<br>Monthly Payment:<br>$138.99<br>CLAIM NO: 6 | SECURED CREDITOR<br><br>ACCT: **5867:TMR MIXER/S** | 100.00 |
| CAPITAL ONE BANK<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | $4,565.61<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 7 | UNSECURED CREDITOR<br><br>ACCT: **2411*1781/SCH** | 100.00 |
| COLL SVC CENTER<br>POB 560<br>NEW KENSINGTON, PA 15068-0560 | $0.00<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 8 | UNSECURED CREDITOR<br>NOT FILED<br>ACCT: **1ZR** | 100.00 |

| Creditor | Amount | Status | |
|---|---|---|---|
| FNB CONSUMER DISC<br>POB 1205<br>SOMERSET, PA<br>15501-0353 | $0.00<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 9 | UNSECURED CREDITOR<br>NOT FILED<br>ACCT: **5061** | 100.00 |
| GE MONEY BANK<br>POB 960061<br>ORLANDO, FL   00000 | $0.00<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 10 | UNSECURED CREDITOR<br>NOT FILED<br>ACCT: | 100.00 |
| PA DEPARTMENT OF REVUE*<br>BU OF COMPL. SECT-DEPT 280946<br>STRAWBERRY SQUARE<br>HARRISBURG, PA   17128 | $1,061.56<br>Monthly Payment:<br>$29.49<br>CLAIM NO: 11 | PRIORITY CREDITOR<br>ACCT: **3146** | 100.00 |
| PA DEPARTMENT OF REVENUE*<br>BU OF COMPL. SECT-DEPT 280946<br>STRAWBERRY SQUARE<br>HARRISBURG, PA   17128 | $251.75<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 12 | UNSECURED CREDITOR<br>ACCT: **3146** | 100.00 |
| PREMIER BANKCARD/CHARTER<br>POB 2208<br>VACAVILLE, CA   95696 | $846.37<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 13 | UNSECURED CREDITOR<br>ACCT: **6780** | 100.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>POB 12914<br>NORFOLK, VA   23541 | $571.29<br>Monthly Payment:<br>$0.00<br>CLAIM NO: 14 | UNSECURED CREDITOR<br>ACCT: **9320** | 100.00 |

TOTAL                                                                                                                              $71,230.44

   Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest files with the Court in accordance with Rule 3007, an Objection to Claim within twenty-five (25) days of this notice, and served upon the undersigned and the creditor whose claim is being objected to.

/s/ RONDA WINNECOUR
RONDA WINNECOUR
OFFICE OF THE CHAPTER 12 TRUSTEE WDPA
SUITE 3250 US STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA  15219
(412)471-5566

I herein certify that a copy of this notice was served upon the afore-listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee's Administrative Assistant

3/26/2015