SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

2. Case Administrator

FROM:  Financial Administrator

DATE: 9/2/2015

CASE NAME: Hillegass

CASE NUMBER: 11-71157-JAD

Check Number 1132 in the amount of $ 3,092.65 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 10115         Intake Clerk's Initials: AAB

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F